IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:12cv994-MHT (WO) |
| WATTS BUILDERS, L.L.C.; et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

In view of the fact that, in an opinion entered today, the court has concluded that plaintiff Pennsylvania National Mutual Casualty Insurance Company is entitled to a declaration that it has no duty to defend or to indemnify defendants Watts Development Company, Inc., Watts Builders, L.L.C., and Watts Homes, L.L.C., with regard to the state lawsuit at issue in this case, it is ORDERED as follows:

(1) The court's previous opinion and order (Doc. No. 26) is vacated.

(2) The motion to dismiss (Doc. No. 13) filed by the defendant homeowners (Dedric J. Belcher, et al.) is denied.

DONE, this the 13th day of March, 2014.

                                  /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE