IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PENNSYLVANIA NATIONAL        )
MUTUAL CASUALTY INSURANCE     )
COMPANY,                      )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:12cv994-MHT
                             )          (WO)
WATTS BUILDERS, L.L.C.;       )
et al.,                      )
                             )
     Defendants.            )
```

### JUDGMENT

In accordance with the opinion issued on this date,
it is the ORDER, JUDGMENT, and DECREE of the court as
follows:

(1) The motion for summary judgment (Doc. No. 33)
filed by plaintiff Pennsylvania National Mutual Casualty
Insurance Company is granted.

(2) Judgment is entered in favor of plaintiff
Pennsylvania National Mutual Casualty Insurance Company
and against defendants Watts Development Company, Inc.,

Watts Builders, L.L.C., and Watts Homes, L.L.C. as to the insurance company's duty to defend and duty to indemnify.

(3) It is the DECLARATION of this court that plaintiff Pennsylvania National Mutual Casualty Insurance Company does not have a duty to defend or a duty to indemnify defendants Watts Development Company, Inc., Watts Builders, L.L.C., and Watts Homes, L.L.C., under the insurance policies referred to in plaintiff Pennsylvania National Mutual Casualty Insurance Company's complaint in this case with regard to the state-court lawsuit at issue, civil action number CV-2010-901632.00 (Montgomery County, Alabama, Circuit Court).

It is further ORDERED that costs are taxed against defendants Watts Development Company, Inc., Watts Builders, L.L.C., and Watts Homes, L.L.C., for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

2

This case is closed.

DONE, this the 13th day of March, 2014.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE