IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:12cv994-MHT (WO) |
| WATTS BUILDERS, L.L.C.; et al., | ) ) ) | |
| Defendants. | ) | |

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 63), it is the ORDER, JUDGMENT, and DECREE of the court that all claims made by plaintiff against defendants are dismissed with prejudice.  No further claims remain in this matter.  The parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 17th day of July, 2014.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE